FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALMA BRISEIDA AVILA, debtor; and KEVIN O'ROURKE, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Alma Briseida Avila,<br><br>                Plaintiffs,<br><br>   v.<br><br>JP MORGAN CHASE BANK NA, a Delaware corporation; and ASHLEY LOYD, an individual,<br><br>                Defendants. | NO: 2:19-CV-302-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Stipulated Motion to Dismiss with Prejudice, ECF No. 12. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 12**, is
   **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is **dismissed with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** November 9, 2020.

                                        *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                       United States District Judge