AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 09, 2020**

SEAN F. McAVOY, CLERK

ALMA BRISEIDA AVILA, debtor; and KEVIN O'ROURKE, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Alma Briseida Avila,
*Plaintiff*
v.

JP MORGAN CHASE BANK NA, a Delaware corporation; and ASHLEY LOYD, an individual,
*Defendant*

Civil Action No.  2:19-CV-302-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Stipulated Motion to Dismiss with Prejudice, ECF No. 12, is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a Stipulated Motion to Dismiss with Prejudice.

Date:  November 9, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore